1    ELAYNA J. YOUCHAH, Bar No. 5837
     youchahe@jacksonlewis.com
2    PAUL T. TRIMMER, Bar No. 9291
     trimmerp@jacksonlewis.com
3    **JACKSON LEWIS LLP**
     3960 Howard Hughes Parkway
4    Suite 450
     Las Vegas, Nevada 89169
5    Tel:  (702) 921-2460
     Fax: (702) 921-2461
6
7    *Attorneys for Defendant*
     *Selling Source, LLC*
8

9

10                     **UNITED STATES DISTRICT COURT**

11                          **DISTRICT OF NEVADA**

12
     TRACY THOMAS, an individual,
13
                    Plaintiff,                    Case No.:  2:11-cv-00251-RLH-PAL
14
            v.
15                                                **STIPULATION AND ORDER TO DISMISS**
                                                  **WITH PREJUDICE**
16   SELLING SOURCE, LLC, a foreign
     limited liability company doing business in
17   the State of Nevada; DOES 1 through 10,
     inclusive; ROES CORPORATIONS
18   ENTITIES 1 through 10 inclusive,

19                    Defendants.

20

21
           Plaintiff, Tracy Thomas, and Defendant, Selling Source, LLC, by and through their
22
     respective counsel, hereby stipulate that Plaintiff's Complaint in the above-captioned matter and
23
     this action is dismissed with prejudice.
24

25

26

27

28
                                              -1-
JACKSON LEWIS LLP
LAS VEGAS

1    Each party shall bear her or its own respective attorneys' fees and costs.

2    Dated: June 3, 2011                                    Dated: June 3, 2011

3    ESTEBAN-TRINIDAD LAW, P.C.                              JACKSON LEWIS LLP

4

5    /s/ M. Lani Esteban-Trinidad                           /s/ Paul T. Trimmer
     M. Lani Esteban-Trinidad                               Elayna J. Youchah
6    4315 North Rancho Drive                                Paul T. Trimmer
     Suite 110                                              3960 Howard Hughes Parkway
7    Las Vegas, Nevada 89130                                Suite 450
     Attorney for Plaintiff                                 Las Vegas, Nevada 89169
8                                                           Attorneys for Defendant

9

10

11                                                 **IT IS SO ORDERED.**

12

13                                                 _____
                                                   U.S. District          Judge
14
                                                   Dated: _____ June 6, 2011
15

16

17

18

19

20

21

22

23

24

25

26

27

28